UNITED STATES DISTRICT COURT
for the
DISTRICT of COLUMBIA

Solomon Upshaw
    Plaintiff,

v.

Progressive Insurance Company
    Defendant

Case: 1:17-cv-01969     Jury Demand
Assigned To : Boasberg, James E.
Assign. Date : 9/15/2017
Description: Pro Se Gen. Civil    (F-Deck)

## MOTION THE COURT

Pursuant to Local Civil Rules LCvR 11.1, non-prisoner request permission to use his P.O. Box 250, Cape Neddick, ME. 03902, for all receive case documents in this case. Respectfully, submitted,

_Solomon Upshaw_ 8-12-2017
Solomon Upshaw, non-prisoner pro se
P.O. Box 250, Cape Neddick, ME. 03902, (207) 475 7886.

SEP 15